### No. 8617.

THE CITY OF NEW ORLEANS VS. THE NEW ORLEANS & CARROLLTON RAILROAD CO.

Although the tax bill sued on incorrectly describes the property on which the tax sued for was levied, this defect is cured by evidence, received without objection, establishing that the property was correctly described on the assessment roll, or that, if not, the defendant, by its action while the rolls were open, acquiesced in the description as made and waived objections thereto.

APPEAL from the Civil District Court for the Parish of Orleans. Monroe, J.

---

J. Ward Gurley, Jr. for Plaintiff and Appellant.

L. E. Simonds for Defendant and Appellee.

---

The opinion of the Court was delivered by FENNER, J.